IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RECO MANNING**                                                                 **PLAINTIFF**

v.                                 No. 5:12-cv-75-DPM-BD

**ED ADAMS, Captain, W.C. Dub
Brassell Detention Facility**                                                    **DEFENDANT**

## ORDER

Reco Manning is no longer detained at the W.C. Dub Brassell Detention Center. *Document No. 18*. Because Manning has not provided the Court with his current mailing address, the Court has been unable to contact Manning for almost two months. *Document Nos. 16 & 20*. Manning's complaint is therefore dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 June 2012