IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RECO MANNING**  PLAINTIFF

v.  No. 5:12-cv-75-DPM

**ED ADAMS, Captain, W.C. Dub**
**Brassell Detention Facility**  DEFENDANT

## JUDGMENT

Reco Manning's complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 June 2012